NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

F/R 550, LLC, a Florida limited liability
company; and F/R 3329, LLC, a Florida
limited liability company,

Appellants/Cross-Appellees,

v.

Case No. 2D14-4064

NATIONAL AUTO SERVICE CENTERS,
INC., a Florida corporation; NATIONAL
AUTO PROPERTIES, INC., a Florida
corporation; LEONARD D. LEVIN,
individually; DURANT HOLDINGS, LLC;
and BEDFORD INVESTMENTS, LLC,

Appellees/Cross-Appellants.

Opinion filed March 30, 2016.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Jack Day, Judge.

Courtney L. Fernald and Leonard S.
Englander of Englander Fischer, St.
Petersburg, for Appellants/Cross-Appellees.

Stephen O. Cole and Nancy S. Paikoff of
MacFarlane Ferguson & McMullen,
Clearwater, and Michael J. Stanton of
Stanton Cronin Law Group, PL, Tampa,
for Appellees/Cross-Appellants.

SALARIO, Judge.

In view of our disposition of companion case 2D14-3632, the partial final judgment on appeal in this case is reversed. The case is remanded to the trial court as stated in our opinion in 2D14-3632.

Reversed and remanded.

VILLANTI, C.J., and LUCAS, J., Concur.